328

David ONAN et al., Petitioners, v. NATIONAL LABOR RELATIONS BOARD.

No. 12918.

Circuit Court of Appeals, Eighth Circuit.

Oct. 5, 1944.

R. H. Fryberger, of Minneapolis, Minn., for petitioner.

Alvin J. Rockwell, Gen. Counsel, National Labor Relations Board, and Malcolm F. Halliday, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for respondent.

PER CURIAM.

Petition for Review of Order of National Labor Relations Board dismissed without taxation of costs in this Court in favor of either of the parties, on motion of respondent.

Otto J. TRAUTWEIN, Appellant, v. Samuel S. MANDEL, Trustee.

No. 12957.

Circuit Court of Appeals, Eighth Circuit.

Oct. 9, 1944.

John V. Lee, of St. Louis, Mo., for appellant.

Clyde W. Wagner, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed at costs of appellant, on motion of appellee.